NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Adam D. Kamenstein
Alec Johnson
Jonathan K. Ramler
Adams, Duerk & Kamenstein LLP
445 S. Figueroa St., Suite 2450
Los Angeles, CA 90071
(213) 408-4085

ATTORNEY(S) FOR: County of Los Angeles, LASD, Robert Luna

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of Victor Lemus, et al.<br>Plaintiff(s),<br>v.<br>County of Los Angeles, et al.<br>Defendant(s) | CASE NUMBER:<br>2:26-cv-12968<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for County of Los Angeles, Los Angeles County Sheriff's Dept. and Robert Luna or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Estate of Victor Lemus | Plaintiff |
| Nancy Lemus | Plaintiff; Guardian Ad Litem for Minor Plaintiffs |
| Emily Jade Lemus | Minor Plaintiff |
| Victoria Mia Lemus | Minor Plaintiff |
| County of Los Angeles | Defendant |
| Los Angeles County Sheriff's Department | Defendant |
| Robert Luna | Defendant |
| Thomas Giandomenico | Defendant |
| Alexis Christiana Lemus | Nominal Defendant |
| DOES 1-100 | Defendants |

November 4, 2026
Date

/s/ Jonathan K. Ramler
Signature

Attorney of record for (or name of party appearing in pro per):

County of Los Angeles, LASD, & Robert Luna