Adam D. Kamenstein (SBN 225921)
*adam.kamenstein@adkfirm.com*
Alec Johnson (SBN 270960)
*alec.johnson@adkfirm.com*
Jonathan K. Ramler (SBN 362590)
*jack.ramler@adkfirm.com*
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2450
Los Angeles, CA 90071
Telephone: (213)408-4085

Attorneys for Defendant
COUNTY OF LOS ANGELES,
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT, and ROBERT LUNA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF VICTOR LEMUS, by and through Administrator NANCY LEMUS; NANCY LEMUS, an individual, EMILY JADE LEMUS, a minor, by and through Guardian Ad Litem Nancy Lemus; VICTORIA MIA LEMUS, a minor, by and through Guardian Ad Litem Nancy Lemus,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ROBERT LUNA, as Sheriff of the County of Los Angeles and as an individual; THOMAS GIANDOMENICO, in his official capacity and as an individual; ALEXIS CHRISTIANA LEMUS, an individual; and DOES 1 through 100, inclusive, | Federal Case No. 2:26-CV-12968<br><br>State Case No. 26STCV22070<br><br>**NOTICE OF RELATED CIVIL CASES** |

Defendants.

## NOTICE OF RELATED CIVIL CASES

Pursuant to Local Rule 83-1.3, Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and ROBERT LUNA ("County Defendants"), file this Notice of Related Civil Cases, and show this Court as follows.

## FACTUAL STATEMENT

1. County Defendants removed the case *Alexis Lemus v. County of Los Angeles, et al.*, No. 2:26-cv-09259-JAK-MAR ("Alexis Lemus Case"), on August 19, 2026.

2. The Alexis Lemus Case arises out of the death of deputy Victor Lemus of the Los Angeles County Sheriff's Department and the events and causes leading to his death. His daughter, Alexis Lemus, seeks damages related to Victor Lemus's death. *See* Alexis Lemus Case, Dkt. 1-2, Exhibit 1 to the Declaration of A. Johnson ("Alexis Lemus Complaint").

3. This removed case, State Case no. 26STCV22070, includes Victor Lemus's Estate, surviving spouse, and minor children, all of whom seek damages related to Victor Lemus's death. *See* Exhibit 1 to the Declaration of Jonathan K. Ramler, filed concurrently ("Estate Complaint").

4. Both the Alexis Lemus Complaint and the Estate Complaint assert causes of action for negligence and for violation of civil rights under 42 U.S.C. § 1983.

5. Therefore, the Alexis Lemus Case and the Estate Case (a) arise from the same happening or event and (b) call for determination of the same or substantially related or similar questions of law and fact, thereby *See* Local Rule 83-1.3.

Dated: November 4, 2026

ADAMS, DUERK & KAMENSTEIN LLP

By *s/ Jonathan K. Ramler*

Adam D. Kamenstein
Alec Johnson
Jonathan K. Ramler
COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and ROBERT LUNA

# CERTIFICATE OF SERVICE

I hereby certify that I both emailed and mailed by U.S. mail a copy of the Notice of Removal and Removal of Action Pursuant to 28 U.S.C. §§ 1441(a) and 1446, the declaration of Jonathan K. Ramler In Support Thereof, and the Notice of Related Cases to Plaintiff's counsel at the email addresses and U.S. Mail addresses provided below:

Gregory W. Smith
Diana Wang Wells
Kalei Aricayos
**LAW OFFICES OF GREGORY W. SMITH, LLP**
9100 Wilshire Boulevard, Suite 725E
Beverly Hills, CA 90212
sfrancia@gwslegal.com

Michael B. O'Beirne
**LAW OFFICE OF MICHAEL O'BEIRNE**
25108 Marguerite Parkway, Suite A-8
Mission Viejo, CA 92692
mike@obeirnelaw.com

Dated: November 4, 2026 ADAMS, DUERK & KAMENSTEIN LLP

By *s/ Jonathan K. Ramler*
Adam D. Kamenstein
Alec Johnson
Jonathan K. Ramler
Attorneys for Defendant
COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and ROBERT LUNA