Adam D. Kamenstein (SBN 225921)
*adam.kamenstein@adkfirm.com*
Alec Johnson, (SBN 270960)
*alec.johnson@adkfirm.com*
Jonathan K. Ramler (SBN 362590)
*jack.ramler@adkfirm.com*
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 408-4085

Attorneys for Defendants
County of Los Angeles,
Los Angeles County Sheriff's Department,
and Robert Luna

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ESTATE OF VICTOR LEMUS, by and through Administrator NANCY LEMUS; NANCY LEMUS, an individual, EMILY JADE LEMUS, a minor, by and through Guardian Ad Litem Nancy Lemus; VICTORIA MIA LEMUS, a minor, by and through Guardian Ad Litem Nancy Lemus,

Plaintiffs,

vs.

COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ROBERT LUNA, as Sheriff of the County of Los Angeles and as an individual; THOMAS GIANDOMENICO, in his official capacity and as an individual; ALEXIS CHRISTIANA LEMUS, an individual; and DOES 1 through 100, inclusive,

Defendants

Case No. 2:26-cv-12968

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint Removed: Nov. 4, 2026

Current Response Due: Nov. 11, 2026

New Response Date: Dec. 4, 2026

Defendants County of Los Angeles, the Los Angeles County Sheriff's Department, and Robert Luna, by and through their undersigned counsel, and Plaintiffs Estate of Victor Lemus, Nancy Lemus, Emily Jade Lemus, and Victoria Mia Lemus, by and through their undersigned counsel (collectively, the "Parties"), hereby stipulate as follows:

1. Defendants County of Los Angeles, the Los Angeles County Sheriff's Department and Robert Luna removed this action to federal court on November 4, 2026. (Dkt. 1);

2. The initial date of Defendants' response to Plaintiffs' complaint was November 11, 2026 (Fed. R. Civ. P. 81(c)(2)(C));

3. The Parties therefore stipulate, pursuant to Local Rule 8-3, to extend Defendants' date to respond to Plaintiffs' complaint, not more than 30 days, to December 4, 2026. This stipulation does not constitute a waiver of any Party's respective rights.

| | |
|---|---|
| From: [November 11, 2026]<br>To: December 4, 2026 | Date for Defendants to Respond to Plaintiffs' Complaint |

**IT IS SO STIPULATED**

Dated: November 9, 2026

ADAMS, DUERK & KAMENSTEIN LLP

By: /s/ *Jonathan K. Ramler*
ADAM D. KAMENSTEIN
ALEC JOHNSON
JONATHAN K. RAMLER

Attorneys for Defendants
COUNTY OF LOS ANGELES,
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT, and ROBERT LUNA

Dated: November 9, 2026

LAW OFFICE OF MICHAEL O'BEIRNE

By: __/s/ *Michael B. O'Beirne*
MICHAEL B. O'BEIRNE

Attorney for Plaintiffs
ESTATE OF VICTOR LEMUS, NANCY LEMUS, EMILY JADE LEMUS, and VICTORIA MIA LEMUS