**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF VICTOR LEMUS , et al.<br>PLAINTIFF(S)<br>v.<br>COUNTY OF LOS ANGELES , et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:26−cv−12968−AB−KS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 11/4/2026 | 1 | Notice of Removal |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

It appears the name of an individual known to be a minor is contained in documents filed with the Court. Fed R Civ P 5.2(a) requires that a minor's initials (as opposed to a minor's spell−out name) be used on documents filed with this Court, unless the Court orders otherwise. You are not required to take any action in response to this notice unless the Court so directs. It appears a guardian ad litem is named in this case but no Petition seeking such appointment has been filed. A Petition for the Appointment of a Guardian Ad Litem must be filed when the appointment of a guardian ad litem is required by Fed. R. Civ. P. 17(c)(2). See Local Rule 17−1. Counsel must file a Petition for the Appointment of a Guardian Ad Litem immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

Clerk, U.S. District Court

Dated: November 17, 2026

By: /s/ *Megan K Zari megan_zari@cacd.uscourts.gov*
Deputy Clerk